IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DARIN HILL                                                                                          PLAINTIFF

vs.                                          Civil No. 4:10-cv-4133

SHERIFF RON STOVALL, et al.                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 8, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6). Judge Bryant recommends that Plaintiff's complaint be dismissed as the claims asserted are frivolous or the complaint fails to state claims upon which relief may be granted . The parties have not filed objections to the Report and Recommendation, and the time to object has passed.[1]  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED**.  Plaintiff is advised that the dismissal of this lawsuit will be considered a "strike" for purposes of 28 U.S.C. § 1915(g).  The clerk is directed to place a § 1915(g) strike flag on the docket sheet.

**IT IS SO ORDERED**, this 9th day of December, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge

---

[1] Plaintiff was given an extension of time, up to and including November 29, 2010, to file his objections.  (Doc. 10).